# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CLAYTON TURNER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:17-cv-2092-AKK-TMP |
| | ) |
| **HUNTSVILLE POLICE** | ) |
| **DEPARTMENT, ET AL.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

The magistrate judge entered a report on June 21, 2018, recommending all claims in this action, except the Fourth Amendment unlawful search and unlawful arrest claims against Officer Troncone and Sergeant Lucas be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. Doc. 8. The magistrate judge further recommended the remaining claims against Troncone and Lucas be referred back to the magistrate judge for further proceedings. *Id.* at 19. The plaintiff filed a reply on July 2, 2018, in which he agrees with the report and recommendation. Doc. 9.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the reply thereto, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. The court **ORDERS** that all claims in this action, except the Fourth

Amendment unlawful search and unlawful arrest claims against Officer Troncone and Sergeant Lucas are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b). The court further **ORDERS** that the remaining claims are **REFERRED** to the magistrate judge for further proceedings.

 **DONE** the 6th day of July, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE